HARRY M. DRANDELL #109293
**LAW OFFICES OF HARRY M. DRANDELL**
1060 FULTON STREET, SUITE 803
FRESNO, CA 93721
PHONE (559) 442-1041
FAX (559) 214-0174

ATTORNEYS FOR Defendant, Cornell Hicks

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:24-cr-00055-JLT-SKO |
| ) | |
| Plaintiff, ) | **AMENDED ORDER APPOINTING JULIE DE ALMEIDA AS COORDINATING DISCOVERY ATTORNEY** |
| ) | |
| v. ) | |
| ) | |
| ROBERTO SORIA-CUEVAS ; ) | |
| ALBERTO ALVARADO; ) | |
| AKA "BETO"; ) | |
| ALFONSO ORTIZ; ) | |
| AKA "40"; ) | |
| ANGELICA FLORES, ) | |
| AKA "CUPCAKE" ; ) | |
| JOSE MARIA MEDINA FRANCO; ) | |
| YERLL Y VEGA; ) | |
| ANTHONY OCHOA; ) | |
| JORGE A VILA PEREZ; ) | |
| CARLOS MACIAS MANZO; ) | |
| LORRAINE RENTERIA; ) | |
| FREDDY ALVARADO; ) | |
| JOSE RAMON MAYORGA; ) | |
| CORY JAY DONALDSON; ) | |
| ADAM SAHAGUN; ) | |
| JOSHUA BROCK; ) | |
| ALEJANDRO HERNANDEZ DIARTE;) | |
| CORNELL HICKS; ) | |
| LANDON JONES; ) | |
| WILLIAM BOSMA; ) | |
| ARNOLD HUERTA ; ) | |

1

| | |
|---|---|
| JENNIFER HUERTA; | ) |
| EDGAR ROBLES; | ) |
| JAMES EARL MELO; | ) |
| PRISCILLA PITTS; | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

It is hereby **ORDERED** that Julie de Almeida is appointed as Coordinating Discovery Attorney for court-appointed defense counsel.

The Coordinating Discovery Attorney shall oversee any discovery issues common to all defendants. Her responsibilities will include:

- Managing and, unless otherwise agreed upon with the Government, distributing discovery produced by the Government and relevant third-party information common to defense counsel for all defendants;

- Assessing the amount and type of case data to determine what types of technology should be evaluated and used so duplicative costs are avoided and the most efficient and cost-effective methods are identified;

- Acting as a liaison with federal prosecutors to ensure the timely and effective exchange of discovery;

- Identifying, evaluating, and engaging third-party vendors and other litigation support services;

- Assessing the needs of individual parties and further identifying any additional vendor support that may be required—including copying, scanning, forensic imaging, data processing, data hosting, trial presentation, and other technology depending on the nature of the case;

- Identifying any additional human resources that may be needed by the individual parties for the organization and substantive review of information; and

- Providing training and support services to the defense teams as a group and individually.

When executing these responsibilities, the Coordinating Discovery Attorney shall assess the most effective and cost-efficient methods to organize the discovery with input from defense counsel.

The Coordinating Discovery Attorney's duties do not include providing representation services, and therefore will not be establishing an attorney-client relationship with any of the defendants. Discovery intended for counsel of a specific defendant and not to be shared among all defense counsel, shall be produced by the Government directly to defense counsel for that defendant. For discovery common to all defendants, discovery issues specific to any defendant shall be addressed by defense counsel directly with the Government and not through the Coordinating Discovery Attorney.

For any common discovery that has already been produced by the Government prior to this Order, the Government shall provide a copy to the Coordinating Discovery Attorney within 14 days.[1] Any additional discovery not already produced shall be provided directly to the Coordinating Discovery Attorney, who shall duplicate and distribute the discovery to all defense counsel, unless the Government elects to produce discovery directly to defense counsel with a simultaneous copy to the Coordinating Discovery Attorney. The Government shall work with the Coordinating Discovery Attorney to provide discovery in a timely manner.

The Coordinating Discovery Attorney shall petition this Court, *ex parte*, for funds for outside services and shall monitor all vendor invoices for these services including confirming the work that was previously agreed to be performed. However, her time and the time spent by her staff will be paid by the Administrative Office of the U.S. Courts, Defender Services Office. All petitions for outside services shall include a basis for the requested funds and a determination that the costs of the services are reasonable.

///

///

3

---

1. Despite the agreement of the government to produce to the CDA all discovery already produced to the defense, as the defense counsel's resource, ultimately, it remains defense counsel's obligation to ensure that the CDA has received all of the discovery produced to date.

The Coordinating Discovery Attorney shall also provide this Court with periodic *ex parte* status reports depicting the status of work and whether that work remains within the budget of any funds authorized by the Court, with the copy provided to defense counsel.

DATED this __4th__ day of April 2025.

_Jennifer I. Thurston_
The Honorable Judge Jennifer L. Thurston
U.S. District Court