```
 1  ERIC GRANT
    United States Attorney
 2  ANTONIO J. PATACA
    JUSTIN GILIO
 3  Assistant United States Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099
 6
 7  Attorneys for Plaintiff
    United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00055-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| FREDDY ALVARADO, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for trial on February 3, 2026.

2. By this stipulation, defendant now moves to vacate the trial date as to him only and set a change of plea hearing on December 8, 2025.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 28, 2025

ERIC GRANT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: November 28, 2025

/s/ MARC DAYS
MARC DAYS
Counsel for Defendant
FREDDY ALVARADO

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: __**December 2, 2025**__

UNITED STATES DISTRICT JUDGE

2